## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>    v.<br><br>$3,437.83 SEIZED FROM FRANKLIN-SOMERSET FCU ACCOUNT #22630-71; and $113,750 SEIZED FROM FRANKLIN-SOMERSET FCU ACCOUNT #23912-71<br><br>          Defendants-in-Rem | No. 1:21-cv-357-LEW |

## **DECREE OF FORFEITURE**

On December 13, 2021, a Verified Complaint for Forfeiture against the defendants-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of Title 21, United States Code, Section 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

Between January 21, 2022 and February 19, 2022, notice of this action was published on the official government website www.forfeiture.gov;

On January 11, 2022, William Brey and Mary Archer Brey were served, through counsel, with the Verified Complaint for Forfeiture, the Summons and Warrant of Arrest and Notice of the Forfeiture;

On August 3, 2022, a Stipulation and Settlement Agreement was signed by William Brey, Mary Archer-Brey and their attorney consenting to the entry of forfeiture;

It appearing from the record, no other claims, contested or otherwise, have been filed against the defendants-in-rem and the time to do so has expired;

NOW THEREFORE, on motion of the plaintiff, United States of America for a Decree of Forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendants-in-rem are **FORFEITED** to the United States and no right, title or interest shall exist in any other person or entity;

**IT IS FURTHER ORDERED** that the defendants-in-rem shall be disposed of according to law.

                                                          **SO ORDERED,**

DATED: January 11, 2023                            /s/ Lance E. Walker
                                                          United States District Court